IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Gislese Hall-Adejola, as Special Representative of the Estate of Jacob Adejola, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 20 CV 2699 |
| v. | ) ) ) | Honorable Judge Dow |
| Will County, et al., | ) ) ) | Magistrate Judge Finnegan |
| Defendants. | ) | |

## **Rule 41 Notice of Dismissal**

Plaintiff Gislese Hall-Adejola, through her attorneys Hale & Monico LLC, respectfully files this notice of dismissal pursuant to Federal Rule of Civil Procedure 41 and states:

1. Plaintiff's original complaint brought a wrongful death claim against Defendant Wellpath (Count IV).

2. Plaintiff voluntarily dismisses Defendant Wellpath from Count IV of the complaint.

Respectfully submitted,

By: */s/ Shawn W. Barnett*
Shawn W. Barnett, Atty. No. 6312312
One of the Attorneys for Plaintiff

HALE & MONICO LLC
Andrew Hale
Shawn Barnett
53 West Jackson, Suite 337
Chicago, IL 60604
(312) 870-6905

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I causes this document to be filed using the Court's electronic filing system. As a result, copies of the filed document were electronically served upon all counsel of record.

*/s/ Shawn W. Barnett*
