**IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Gislese Hall-Adejola, as Special Representative of the Estate of Jacob Adejola, | ) ) ) ) | |
| | ) | Case No. 20 CV 2699 |
| Plaintiff, | ) ) | |
| | ) | Honorable Judge Dow |
| v. | ) ) | |
| | ) | Magistrate Judge Finnegan |
| Will County, et al., | ) ) | |
| Defendants. | ) | |

**<u>Motion to Withdraw</u>**

Attorney Shawn W. Barnett respectfully moves to have all attorneys with the law firm of Hale & Monico, LLC terminated as attorneys of record in this matter. In support, the undersigned states:

1. Attorneys Barnett, Andrew Hale, and Megan O'Connor have appearances on file on behalf of Plaintiff Gislese Hall-Adejola.

2. Due to a breakdown in the attorney-client relationship, Hale & Monico is unable to continue to represent Plaintiff in this litigation.

3. As such, Attorneys Barnett and Hale request to be terminated as counsel of record. In addition, Attorney O'Connor is no longer employed at Hale & Monico and should also be terminated as counsel of record.

4. Further, Attorney Barnett requests the Court stay all ongoing discovery and permit Plaintiff 180 days to find alternative counsel who will then file an appearance on her behalf. This request is to permit Plaintiff sufficient time to retain new counsel, who will then be able to familiarize themselves with the file. Plaintiff requests this

amount of time due to the holidays and the ongoing issues surrounding the COVID-19 pandemic.

5. Attorney Barnett conferred with all defense counsel regarding this request. There is no objection.

Wherefore, Attorneys Shawn Barnett and Andrew Hale request the Court grant this motion to be terminated as counsel of record and that Megan O'Connor similarly be terminated as counsel of record. Attorney Barnett further respectfully requests the Court stay all discovery for 180 days to permit Plaintiff sufficient time to secure new counsel.

Respectfully submitted,

By: */s/ Shawn W. Barnett*
Shawn W. Barnett, Atty. No. 6312312
One of the Attorneys for Plaintiff

HALE & MONICO LLC
Andrew Hale
Shawn Barnett
53 West Jackson, Suite 337
Chicago, IL 60604
(312) 870-6905

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I causes this document to be filed using the Court's electronic filing system. As a result, copies of the filed document were electronically served upon all counsel of record.

*/s/ Shawn W. Barnett*